ANNETTE LEVANDE, Appellant, v. CANADA LIFE ASSURANCE COMPANY, Respondent. (Two actions.) —

No opinion. The examination before trial of the plaintiff shall proceed on 10 days' written notice or on any other date mutually fixed by the parties. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.